# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Christopher Bradford
In Proper Person
139 Mac's Road
Hessmer LA 71341

Judgment on rehearing rendered and mailed to all parties or counsel of record on December 18, 2019

**REHEARING ACTION: December 18, 2019**

**Docket Number: 19   00292-CA**

**CHRISTOPHER BRADFORD AND RONEE BOYER
VERSUS
WALKER AUTOMOTIVE, ET AL.**

**Appealed from Rapides Parish Case No. 260032**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher Bradford** has this day been

**DENIED.**

cc: Bonita K. Preuett-Armour, Counsel for the Appellee
Ronee Boyer, In Proper Person
Lottie L. Bash, Counsel for the Appellee
Christopher D. Meyer, Counsel for the Appellee